EXHIBIT "A"

## STUART J. MOGUL D.P.M.
DIPLOMATE AMERICAN BOARD OF PODIATRIC SURGERY
FELLOW AMERICAN COLLEGE OF FOOT SURGEONS

PODIATRIST
NYU DOWNTOWN HOSPITAL
NYU MEDICAL CENTER
MANHATTAN EYE, EAR AND THROAT HOSPITAL

15 WEST 72ND STREET
NEW YORK, NY 10023

(212) 769-3066
FAX (212) 769-1075
www.footnewyork.com

# PAYMENT POLICY

Our office will make every effort to minimize out of pocket expenses incurred by our patients. However, you the patient are ultimately responsible for your bill. In the event your health insurance carrier refused, denies or limits payment to this office, an invoice will be sent to you for payment unless other arrangements have been made.

I have read and agree with the above policy

Signed: _____

EXHIBIT "B"

STUART J. MOGUL D.P.M.
DIPLOMATE AMERICAN BOARD OF PODIATRIC SURGERY
FELLOW AMERICAN COLLEGE OF FOOT SURGEONS

AFFILIATION
NYU DOWNTOWN HOSPITAL
NYU MEDICAL CENTER
MANHATTAN EYE, EAR AND THROAT HOSPITAL

15 WEST 72ND STREET
NEW YORK, NY 10023

(212) 769-0006
FAX (212) 769-1635
www.footnewyork.com

# Notice Regarding Third Party Payment on Cosmetic Foot Surgery

The surgical treatment of foot deformities which are NOT painful in nature or those deformities that DO NOT compromise normal foot function may be considered cosmetic surgery. Most health insurance policies WILL NOT provide payment for cosmetic procedures and as such, this office WILL NOT accept assignment on these types of procedures. Payment for cosmetic surgical procedures must be made prior to undergoing surgery.

I have read and understand the above rider

_____
Signature

# 1500

Empire Bc/bs
Post Office Box 3877
New York, NY 10008

                                                         X      ROQ4052318600

Thomas . Tamika          09/25/1975     X      Thomas . Tamika

10 Grzyb Terrace              X                  10 Grzyb Terrace

Parlin                NJ      X                 Parlin                NJ

08859      732 707-3648                     08859      908 981-4150

SAME

ROQ4052318600                  X              09/25/1975        X

09/25/1975      X              X

P.o. Box 950 MA 02052               X          Empire Bc/bs

Benemax                                          X

Signature on file      05/22/2012                Signature on file

                                                                     X

735 0

735 4

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 02162012 | 02162012 | 24 | 28296 | RT | | 1 | $20,000.00 | 1 | 1568558674 |
| 02162012 | 02162012 | 24 | 28296 | LT | 59 | 1 | $20,000.00 | 1 | 1568558674 |
| 02162012 | 02162012 | 24 | 76000 | | | 1 | $800.00 | 1 | 1568558674 |
| 02162012 | 02162012 | 24 | 28285 | T6 | 59 | 2 | $6,000.00 | 1 | 1568558674 |
| 02162012 | 02162012 | 24 | 28285 | T7 | 59 | 2 | $6,000.00 | 1 | 1568558674 |
| 02162012 | 02162012 | 24 | 28285 | T8 | 59 | 2 | $6,000.00 | 1 | 1568558674 |
| 133308964 | | X | 24633 | | X | | $58,800.00 | $0.00 | $58,800.00 |

Signature on file      Midtown Surgery Center      STUART J. MOGUL D.P.M
STUART J. MOGUL, DPM P.C.      305 East 47th Street      15 WEST 72ND ST. SUITE 1M
       02/23/2012                   NEW YORK, NY 10017      NEW YORK CITY, NY 10023